UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-19-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO BRADLEY | ORDER TO SEAL |

On motion of the Defendant, Antonio Bradley, and for good cause shown, it is hereby ORDERED that the **[DE 34]** be sealed until further notice by this Court.

IT IS SO ORDER.

This __2__ day of ~~December~~ January 2015.

_____
LOUISE W. FLANAGAN
United States District Judge